# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:21CR257 |
| vs. | ) | |
| PHILLIP D. GOETZ, and<br>MARKISHA S. HILL, | ) | ORDER |
| Defendants. | ) | |

This matter is before the court on the defendant Markisha S. Hill's unopposed Motion to Continue Trial [41]. Counsel needs additional time to prepare for trial and/or explore plea negotiations. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [41] is granted, as follows:

1. The jury trial, **for both defendants**, now set for April 4, 2022 is continued to **May 31, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date** and **May 31, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED:** March 16, 2022.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge